(80 South. 627)

**BEVIS v. STATE.** (5 Div. 292.)

(Court of Appeals of Alabama. Dec. 17, 1918.)

CRIMINAL LAW ☞1090(1)—APPEAL—BILL OF EXCEPTIONS.

Judgment of conviction will be affirmed; there being no bill of exceptions, the clerk's certificate showing expiration of time to present it, and no error appearing in the record.

Appeal from Circuit Court, Chilton County; Leon McCord, Judge.

Alfred Bevis was convicted of murder in the second degree, and he appeals. Affirmed.

Emmett S. Thigpen, Atty. Gen., for the State.

SAMFORD, J. The defendant was tried and convicted in the circuit court of Chilton county, under an indictment charging him with murder in the second degree. He was convicted of manslaughter in the first degree, and sentenced to imprisonment in the penitentiary for a term of one year. From the judgment of conviction he appeals.

There is no bill of exceptions in the record, and the certificate of the clerk shows that the time for presenting the same has expired.

We find no error in the record, and the judgment is affirmed.

Affirmed.